Guy R. Barrow, appellant, v. Gertrude Phillips, appellee. Gen. No. 8,705.

Opinion filed October 13, 1933.

Thompson & Martensen and C. S. Schneider, for appellant. Herrick & Herrick, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Marshall Nichols, administrator of the estate of Mildred Nichols, deceased, defendant in error, v. Earl Traughber, plaintiff in error. Gen. No. 8,734.

Opinion filed October 13, 1933.

Hogan & Coale, for plaintiff in error. Hershey & Vogelsang and H. S. Williams, for defendant in error.

Mr. Justice Davis delivered the opinion of the court.

Anna G. Whipple, defendant in error, v. William L. Harris, trading as "Community Bakery," plaintiff in error. Gen. No. 8,747.

Opinion filed October 13, 1933.

G. G. Ginnaven, for plaintiff in error. John P. Snigg, for defendant in error.

Mr. Justice Davis delivered the opinion of the court.

Russell Satterfield, a minor, by S. J. Satterfield, his next friend, appellee, v. Harley Freeman, appellant. Gen. No. 8,754.

Opinion filed October 13, 1933. Rehearing denied January 4, 1934.

Costigan & Wollrab, for appellant. Pietsch & Fleming and Hall, Martin, Hoose & De Pew, for appellee; Edward Barry, Jr., of counsel.

Mr. Justice Davis delivered the opinion of the court.

Pearl Rigdon, appellee, v. Abraham Lincoln Life Insurance Company, appellant. Gen. No. 8,763.

Opinion filed October 13, 1933.

Gunn, Penwell & Lindley, for appellant. Charles Troup, for appellee.

Mr. Justice Davis delivered the opinion of the court.